IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY ATKINSON, | : | |
| | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | No. 21-4111 |
| | : | |
| INTERNAL REVENUE SERVICE PHILADELPHIA BRANCH, | : | |
| | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW**, on this **9th** day of **August 2022**, upon consideration of Defendant's partial Motion to Dismiss for lack of subject matter jurisdiction (ECF No. 21), it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, Plaintiff's refund claim for the tax year 2021 is **DISMISSED WITHOUT PREJUDICE** due to sovereign immunity.

Furthermore, Defendant must Answer the remaining claim for tax year 2020 on or before **August 23, 2022**.

Plaintiff has an opportunity to amend its complaint regarding the refund claim for tax year 2021 to remedy the jurisdictional defect on or before **August 30, 2022**.

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**