IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY ATKINSON, | : | |
| | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | No. 21-4111 |
| | : | |
| INTERNAL REVENUE SERVICE PHILADELPHIA BRANCH, | : | |
| | : | |
| *Defendant*. | : | |

### ORDER

**AND NOW**, on this **10th** day of **February 2023**, upon consideration of Defendant's Motion to Dismiss for lack of subject matter jurisdiction (ECF No. 27), and no response having been filed by Plaintiff, it is hereby **ORDERED** that the Motion is **GRANTED** and that this suit is **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby directed to close the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**

1